IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Foundation for Advancement of International Science ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 2-05CV-209 TJW |
| ) | |
| Intel Corporation, ) | JURY TRIAL DEMANDED |
| International Business Machines Corporation, ) | |
| Micron Technology, Inc., ) | |
| Samsung Electronics Co., Ltd., ) | |
| Samsung Electronics America, Inc., and ) | |
| Samsung Semiconductor, Inc., ) | |
| ) | |
| Defendants. ) | |

**STIPULATED MOTION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a) (2) and 41(c), the Plaintiff FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL SCIENCE, and Defendants SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG SEMICONDUCTOR, INC., hereby move for an order dismissing the claims and counterclaims, respectively, of plaintiff as to SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG SEMICONDUCTOR, INC. and defendants and counterclaimants as to FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL SCIENCE, in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys's fees.

November 13, 2007

Respectfully submitted

/s/ Guy N. Harrison
Guy N. Harrison
Attorney at Law
State Bar No. 00000077
217 N. Center Street
P.O. Box 2845
Longview, Texas 75606
Tel: (903) 758-7361
Fax: (903) 753-9557
E-Mail: guy@gnhlaw.com

OF COUNSEL:
John J. Feldhaus
Andrew E. Rawlins

Foley & Lardner LLP
Suite 500
Washington Harbour
3000 K Street, N.W.
Washington, DC 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Attorneys for Plaintiff
FOUNDATION FOR ADVANCEMENT
OF INTERNATIONAL SCIENCE

*/s/ Jennifer Parker Ainsworth*
WILSON, SHEEHEY, KNOWLES
ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903 509-5000
Facisimile: 903 509-5091

William E. Devitt
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Il 60601
Telephone: 312 861-2000
Facisimile: 312 861-2200

        Attorneys for Defendant
        SAMSUNG ELECTRONICS CO. LTD.,
        SAMSUNG ELECTRONICS AMERICA,
        INC. and SAMSUNG SEMICONDUCTOR,
        INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been forwarded via the Court's CM/ECF Filing System or via first class mail to each attorney/party of record on this the 13th day of November, 2007.

        /s/ Guy N. Harrison