**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **Foundation for Advancement of International Science** ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | C.A. No. 2-05CV-209 TJW |
| ) | |
| **Intel Corporation,** ) | **JURY TRIAL DEMANDED** |
| **International Business Machines Corporation,** ) | |
| **Micron Technology, Inc.,** ) | |
| **Samsung Electronics Co., Ltd.,** ) | |
| **Samsung Electronics America, Inc., and** ) | |
| **Samsung Semiconductor, Inc.,** ) | |
| ) | |
|     **Defendants.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS day for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between plaintiff FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL SCIENCE and Defendants SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG SEMICONDUCTOR, INC. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims, counter claims or causes of action asserted in this suit between plaintiff FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL SCIENCE and defendants SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG SEMICONDUCTOR, INC. are hereby dismissed with prejudice to the rights of the parties to assert any such claims in the future.

It is further ORDERED that each party shall bear its own costs, expenses and attorney's fees.

SIGNED this 14th day of November, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE